FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 02 2024

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. 3:24CR 00015 DPM |
| | ) |
| v. | ) |
| | ) |
| SIR EDWARD LEE QUALLS aka "Buddy", | ) 21 U.S.C. § 846 |
| REGINALD DARON BOGAN aka "Smooth", | ) 21 U.S.C. § 841(a)(1) |
| MELISSA NICOLE BRADLEY aka "Melissa Walker-Bradley", | ) 21 U.S.C. § 841(b)(1)(A) |
| JAMIE LYNN PATTERSON, | ) 21 U.S.C. § 841(b)(1)(C) |
| JERRY OSCAR CRUMP, | ) 18 U.S.C. § 1956(h) |
| BOBBY FRANKLIN BARBER, | ) 18 U.S.C. § 1956(a)(1)(A)(i) |
| SANDI RENEE STANFILL, | ) 18 U.S.C. § 1956(a)(1)(B)(i) |
| DELISHA MONIQUE PUGH, | ) |
| JENNIFER MICHELLE JONES, | ) |
| WILLIAM ANDREW JONES, | ) |
| RANDMAN PIRTLE aka "Raymond Pirtle", | ) |
| KENNETH DAVID SAVOIE, | ) |
| MARCUS McINTYRE, and | ) |
| FNU LNU aka "Money Lu" | ) |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

From in or around April 2021, through on or about October 13, 2023, in the Eastern District

of Arkansas and elsewhere, the defendants,

SIR EDWARD LEE QUALLS aka "Buddy",
REGINALD DARON BOGAN aka "Smooth",
MELISSA NICOLE BRADLEY aka "Melissa Walker-Bradley",
JAMIE LYNN PATTERSON,
JERRY OSCAR CRUMP,
BOBBY FRANKLIN BARBER,
SANDI RENEE STANFILL,
DELISHA MONIQUE PUGH,
JENNIFER MICHELLE JONES,
WILLIAM ANDREW JONES,
RANDMAN PIRTLE aka "Raymond Pirtle",
KENNETH DAVID SAVOIE, and
MARCUS McINTYRE,

voluntarily and intentionally conspired with each other, and with others known and unknown to the grand jury, to knowingly and intentionally to distribute and possess with intent to distribute 50 grams or more of methamphetamine (actual) and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about May 2, 2023, in the Eastern District of Arkansas, the defendant,

MELISSA NICOLE BRADLEY aka "Melissa Walker-Bradley",

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 3

On or about June 15, 2023, in the Eastern District of Arkansas, the defendant,

REGINALD DARON BOGAN aka "Smooth",

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 4

On or about June 27, 2023, in the Eastern District of Arkansas, the defendant,

REGINALD DARON BOGAN aka "Smooth",

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 5

On or about October 13, 2023, in the Eastern District of Arkansas, the defendant,

DELISHA MONIQUE PUGH,

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 6

On or about October 13, 2023, in the Eastern District of Arkansas, the defendant,

DELISHA MONIQUE PUGH,

knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 7

From in or around April 2021, through on or about October 13, 2023, in the Eastern District of Arkansas and elsewhere, the defendants,

SIR EDWARD LEE QUALLS aka "Buddy",
REGINALD DARON BOGAN aka "Smooth",
MELISSA NICOLE BRADLEY aka "Melissa Walker-Bradley",
JERRY OSCAR CRUMP,
SANDI RENEE STANFILL,
RANDMAN PIRTLE aka "Raymond Pirtle", and
FNU LNU aka "Money Lu"

willfully and knowingly conspired with each other, and others known and unknown to the grand jury, to commit certain offenses under Title 18, United States Code, Section 1956, in that they conducted and attempted to conduct financial transactions affecting interstate commerce, which transactions involved the proceeds of specified unlawful activity, that is, conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine (actual) and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in

U.S. v. Qualls, et al. Page **3** of **9**

violation of Title 21, United States Code, Section 846, (1) with the intent to promote the carrying on of such specified unlawful activity, and (2) knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

### COUNTS 8 THROUGH 32

On or about the dates enumerated below, in the Eastern District of Arkansas and elsewhere, the defendants,

SIR EDWARD LEE QUALLS aka "Buddy",
REGINALD DARON BOGAN aka "Smooth",
MELISSA NICOLE BRADLEY aka "Melissa Walker-Bradley", and
SANDI RENEE STANFILL,

as specifically identified below, knowingly conducted and attempted to conduct the following financial transactions affecting interstate commerce, which involved the proceeds of a specified unlawful activity, that is, conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine (actual) and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 846, and distribution and possession with intent to distribute 50 grams or more of methamphetamine (actual) and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), (1) with the intent to promote the carrying on of such specified unlawful activity, and (2) knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transactions knew that the property involved in the financial transaction represented the proceeds of some form of unlawful

U.S. v. Qualls, et al. Page **4** of **9**

activity. That is, proceeds involved the funds and monetary instruments in the amounts expended as set out below:

| Count | Date of Transaction: On or about | Defendant | Transaction | Dollar Amount |
|---|---|---|---|---|
| 8 | June 10, 2021 | MELISSA NICOLE BRADLEY aka "Melissa Walker-Bradley" | CashApp to Bogan | $1,000.00 |
| 9 | August 23, 2021 | MELISSA NICOLE BRADLEY aka "Melissa Walker-Bradley" | CashApp to Bogan | $1,015.00 |
| 10 | October 13, 2021 | MELISSA NICOLE BRADLEY aka "Melissa Walker-Bradley" | CashApp to Bogan | $999.00 |
| 11 | October 26, 2021 | MELISSA NICOLE BRADLEY aka "Melissa Walker-Bradley" | CashApp to Bogan | $1,700.00 |
| 12 | November 4, 2021 | SANDI RENEE STANFILL | CashApp to Bogan | $1,400.00 |
| 13 | November 29, 2021 | SANDI RENEE STANFILL | CashApp to Bogan | $1,200.00 |
| 14 | December 14, 2021 | SANDI RENEE STANFILL | CashApp to Bogan | $1,200.00 |
| 15 | December 14, 2021 | SANDI RENEE STANFILL | CashApp to Bogan | $1,250.00 |
| 16 | January 3, 2022 | SANDI RENEE STANFILL | CashApp to Bogan | $1,250.00 |
| 17 | January 4, 2022 | REGINALD DARON BOGAN aka "Smooth" | CashApp to Qualls | $500.00 |
| 18 | May 13, 2023 | SIR EDWARD LEE QUALLS aka "Buddy" | CashApp to Bogan entitled "flight" | $499.00 |
| 19 | May 13, 2023 | REGINALD DARON BOGAN aka "Smooth" | American Airlines ticket for Bogan | $397.20 |
| 20 | May 13, 2023 | REGINALD DARON BOGAN aka "Smooth" | American Airlines ticket for Qualls | $397.20 |
| 21 | May 22, 2023 | REGINALD DARON BOGAN aka "Smooth" | Turo, Inc. | $1,894.76 |
| 22 | June 19, 2023 | REGINALD DARON BOGAN aka "Smooth" | American Airlines ticket for Bogan | $398.20 |
| 23 | June 19, 2023 | REGINALD DARON BOGAN aka "Smooth" | American Airlines ticket for Qualls | $398.20 |

| 24 | June 22, 2023 | REGINALD DARON BOGAN aka "Smooth" | American Airlines ticket for Bogan | $398.20 |
|---|---|---|---|---|
| 25 | June 22, 2023 | REGINALD DARON BOGAN aka "Smooth" | American Airlines ticket for Qualls | $398.20 |
| 26 | July 7, 2023 | SIR EDWARD LEE QUALLS aka "Buddy" | CashApp to Bogan entitled "flight" | $435.00 |
| 27 | July 17, 2023 | REGINALD DARON BOGAN aka "Smooth" | American Airlines tickets for Bogan and Qualls | $796.41 |
| 28 | August 3, 2023 | REGINALD DARON BOGAN aka "Smooth" | American Airlines ticket for Bogan | $478.20 |
| 29 | August 3, 2023 | REGINALD DARON BOGAN aka "Smooth" | American Airlines ticket for Qualls | $476.70 |
| 30 | August 6, 2023 | REGINALD DARON BOGAN aka "Smooth" | American Airlines ticket for Bogan | $478.20 |
| 31 | August 6, 2023 | REGINALD DARON BOGAN aka "Smooth" | American Airlines ticket for Qualls | $478.20 |
| 32 | August 25, 2023 | REGINALD DARON BOGAN aka "Smooth" | Turo, Inc. | $620.47 |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956 (a)(1)(B)(i).

## FORFEITURE ALLEGATION 1

Upon conviction of Counts 1, 2, 3, 4, 5, or 6 of this Indictment, the defendants,

SIR EDWARD LEE QUALLS aka "Buddy",
REGINALD DARON BOGAN aka "Smooth",
MELISSA NICOLE BRADLEY aka "Melissa Walker-Bradley",
JAMIE LYNN PATTERSON,
JERRY OSCAR CRUMP,
BOBBY FRANKLIN BARBER,
SANDI RENEE STANFILL,
DELISHA MONIQUE PUGH,
JENNIFER MICHELLE JONES,
WILLIAM ANDREW JONES,
RANDMAN PIRTLE aka "Raymond Pirtle",

U.S. v. Qualls, et al. Page **6** of **9**

KENNETH DAVID SAVOIE, and
MARCUS McINTYRE,

shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property

constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result

of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 1, 2, 3, 4, 5, or 6 of this Indictment, the defendants,

SIR EDWARD LEE QUALLS aka "Buddy",
REGINALD DARON BOGAN aka "Smooth",
MELISSA NICOLE BRADLEY aka "Melissa Walker-Bradley",
JAMIE LYNN PATTERSON,
JERRY OSCAR CRUMP,
BOBBY FRANKLIN BARBER,
SANDI RENEE STANFILL,
DELISHA MONIQUE PUGH,
JENNIFER MICHELLE JONES,
WILLIAM ANDREW JONES,
RANDMAN PIRTLE aka "Raymond Pirtle",
KENNETH DAVID SAVOIE, and
MARCUS McINTYRE,

shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the

person's property used or intended to be used, in any manner or part, to commit, or to facilitate the

commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1, 2, 3, 4, 5, or 6 of this Indictment, the defendants,

SIR EDWARD LEE QUALLS aka "Buddy",
REGINALD DARON BOGAN aka "Smooth",
MELISSA NICOLE BRADLEY aka "Melissa Walker-Bradley",
JAMIE LYNN PATTERSON,
JERRY OSCAR CRUMP,
BOBBY FRANKLIN BARBER,
SANDI RENEE STANFILL,
DELISHA MONIQUE PUGH,
JENNIFER MICHELLE JONES,
WILLIAM ANDREW JONES,
RANDMAN PIRTLE aka "Raymond Pirtle",

KENNETH DAVID SAVOIE, and
MARCUS McINTYRE,

shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following specific property: one or more rounds of Aguila ammunition.

## FORFEITURE ALLEGATION 4

Upon conviction of one or more crimes alleged in Counts 7 through 32 of this Indictment, the defendants,

SIR EDWARD LEE QUALLS aka "Buddy",
REGINALD DARON BOGAN aka "Smooth",
MELISSA NICOLE BRADLEY aka "Melissa Walker-Bradley",
JERRY OSCAR CRUMP,
SANDI RENEE STANFILL,
RANDMAN PIRTLE aka "Raymond Pirtle", and
FNU LNU aka "Money Lu"

shall forfeit to the United States, under Title 18, United States Code, Section 982(a)(1), all property, real or personal, involved in the offense, and all property that is traceable to the property involved in the offense, including, but not limited to a money judgment that represents the property constituting, or derived from proceeds obtained as a result of the offense.

[End of text. Signature page to follow.]

☐     NO TRUE BILL.          ☑      TRUE BILL.

## REDACTED SIGNATURE

FOREPERSON OF THE GRAND JURY


JONATHAN D. ROSS
UNITED STATES ATTORNEY


By: ERIN O'LEARY
AR Bar Number 2011069
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: Erin.O'Leary@usdoj.gov