FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 1 6 2024

TAMMY H. DOWNS, CLERK

By: _____

DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA                    )   No. 3:24CR00015 DPM
                                            )
v.                                          )
                                            )
                                            )
SIR EDWARD LEE QUALLS aka "Buddy",          )   **FILED UNDER SEAL**
REGINALD DARON BOGAN aka "Smooth",          )
MELISSA NICOLE BRADLEY aka "Melissa Walker-Bradley",)
JAMIE LYNN PATTERSON,                       )
JERRY OSCAR CRUMP,                          )
BOBBY FRANKLIN BARBER,                      )
SANDI RENEE STANFILL,                       )
DELISHA MONIQUE PUGH,                       )
JENNIFER MICHELLE JONES,                    )
WILLIAM ANDREW JONES,                       )
RANDMAN PIRTLE aka "Raymond Pirtle",        )
KENNETH DAVID SAVOIE,                       )
MARCUS McINTYRE, and                        )
FNU LNU aka "Money Lu"                      )

MOTION TO SEAL INDICTMENT AND UTILIZE
REDACTED COPIES OF INDICTMENT FOR SERVICE

Pursuant to Rule 6(e)(4), Federal Rules of Criminal Procedure, the United States requests

that the above-styled Indictment be sealed until defendant PIRTLE has been arrested and is in

custody or has been released pending trial. The United States has requested an arrest warrant for

the above-referenced defendant. For the safety of law enforcement agents who will attempt to

execute the arrest warrant and to guard against the risk of flight, the United States respectfully

submits that the identity of the above-referenced defendant should not be revealed in any public

manner until the warrant has been executed. In order to effectuate this process, the United States

requests that any notification from the Clerk of the Court to the remaining co-defendants regarding

this matter include a redacted version of the Indictment as is attached to this Motion until the

above-named defendant is in custody or has appeared and been released pending trial.

6 & 7

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney

By: _____
ERIN O'LEARY
AR Bar No. 2011069
Assistant United States Attorney
P. O. Box 1229
Little Rock, AR  72203
Telephone  No. (501) 340-2600
Email: Erin.O'Leary@usdoj.gov

## ORDER

Pursuant to the above request, the Indictment in this matter shall be sealed until PIRTLE

is in custody or has appeared and been released pending trial. Until such time, the Clerk of the

Court is directed to utilize a redacted form of the Indictment as requested herein.

4/16/24
DATE

_____
UNITED STATES MAGISTRATE JUDGE

2